# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Cup Foods Incorporated,<br><br>        Plaintiff,<br><br>v.<br><br>The Travelers Companies, Inc. and Travelers Casualty Insurance Company of America,<br><br>        Defendants. | Case No.: 22-cv-1620 (WMW/TNL)<br><br>**STIPULATION TO EXTEND DEFENDANTS' DEADLINE TO RESPOND TO AMENDED COMPLAINT** |

WHEREAS, plaintiff commenced this action by service of the Summons and Complaint on Defendants on May 26, 2022;

WHEREAS, before a response to the original Complaint was due, plaintiff served an Amended Complaint on defendants on June 6, 2022, which is now the operative Complaint;

WHEREAS, defendants then removed this case to federal court on the basis of diversity of citizenship on June 21, 2022 (ECF Doc. 1);

WHEREAS, pursuant to Federal Rule of Civil Procedure 81(c)(2)(C), the deadline for defendants to answer or otherwise respond to the Amended Complaint is currently June 28, 2022; and

WHEREAS, defendants have requested additional time to respond to the Amended Complaint by answer or motion and plaintiff has consented to the request:

NOW THEREFORE, it is agreed that the deadline for defendants to answer or otherwise respond to the Amended Complaint may and should be extended by 14 days to

July 12, 2022. *However*, if before that date plaintiff files a second amended Complaint with the consent of defendants in accordance with Federal Rule of Civil Procedure 15(a)(2), defendants' deadline to answer or otherwise respond will be computed in accordance with Federal Rule of Civil Procedure 15(a)(3) (deadline to respond to amended pleading is time remaining to respond to original pleading or 14 days, whichever is later).

The parties agree that good cause is shown for entry of an order adopting the above stipulation.

Dated  June 27, 2022         By:   /s/ Christopher L. Paul
                                   Christopher L. Paul (#0389250)
                                   Josiah Lindstrom (#0398665)
                                   Trautman Martin Law PLLC
                                   619 So. 10th St., Suite 201
                                   Minneapolis, MN 55404
                                   Telephone: (612)423-9433
                                   *Attorneys for Plaintiff*


Dated  June 27, 2022         By:   /s/ M. Gregory Simpson
                                   Leatha G. Wolter (#175614)
                                   M. Gregory Simpson (#204560)
                                   Meagher + Geer, P.L.L.P.
                                   33 South Sixth Street, Suite 4400
                                   Minneapolis, MN  55402
                                   Telephone:  (612) 338-0661
                                   Facsimile    (612) 338-8384
                                   Email:   lwolter@meagher.com
                                            gsimpson@meagher.com
                                   *Attorneys for Defendants*