# UNITED STATES DISTRICT COURT

## District of Minnesota

Cup Foods Incorporated,

**JUDGMENT IN A CIVIL CASE**

Plaintiff(s),

v.

Case Number: 22-cv-1620 WMW/DJF

Travelers Casualty Insurance Company of America,

Defendant(s).

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Defendant Travelers Casualty Insurance Company of America's motion to dismiss, (Dkt. 15), is **GRANTED**.

2. Counts I and II of the amended complaint are **DISMISSED WITHOUT PREJUDICE**.

3. Pursuant to the stipulation of partial dismissal with prejudice of the second amended complaint (Count III only), (Dkt. 33), Count III of the amended complaint is **DISMISSED WITH PREJUDICE**.

Date: 1/24/2023

KATE M. FOGARTY, CLERK